**AFFIDAVIT OF SERVICE**

Index #: 08 CV 5957
Date Purchased: June 30, 2008
Date Filed: _____
Court Date: _____

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK
COUNTY

ATTORNEY(S): Kathleen A. Zebrowski Esq. : U.S. Attorney's Office - SDNY   PH: 212-637-2710
ADDRESS: 86 Chambers Street  New York  N.Y.  10007   File No.:

**UNITED STATES OF AMERICA,**
vs.
**HOWARD L. BLAU,**

*Plaintiff(s)/Petitioner(s)*

*Defendant(s)/Respondent(s)*

STATE OF NEW YORK, COUNTY OF NASSAU     SS.:

_____HARRY TORRES_____, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in New York State. On  July 9, 2008  at  3:23 PM  at  240 EAST 39TH STREET APT 45B NEW YORK, NEW YORK 10016 , deponent served the within **Summons and Verified Complaint**

with Index Number  08 CV 5957 , and Date Purchased  June 30, 2008  endorsed thereon,

on: **HOWARD L. BLAU**, **Defendant** therein named.

**#1 INDIVIDUAL** [ ]  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORPORATION** [ ]  By delivering to and leaving with _____ and that deponent knew the person so served to be Managing Agent of the corporation, and authorized to accept service on behalf of the corporation.

*Service was made in the following manner after your deponent was unable, with due diligence, to serve the witness/defendant in person, and an attempt to locate the defendant's place of employment.*

**#3 SUITABLE AGE PERSON** [X]  By delivering a true copy of each to  "JOHN DOE" - CONCIERGE  a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business  [X] dwelling house (usual place of abode) within the state.

**#4 AFFIXING TO DOOR** [ ]  By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (place of abode) within the state.

**#5 MAIL COPY** [X]  On  July 10, 2008 , deponent completed service under the last two sections by depositing a copy of the  Summons and Verified Complaint  to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York. Certified Mail No. _____

Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___
on the ___ day of ___ at ___

**#6 NON-SRVC** [ ]  After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following: [ ] Unknown at Address   [ ] Evading   [ ] Moved left no forwarding   [ ] Address does not exist   [ ] Other: _____

**#7 DESCRIPTION** [X] (use with #1, 2 or 3)  A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Sex  Male   Color of skin  White   Color of hair  Black   Age  51 - 65 Yrs.   Height  Over 6'
Weight  Over 200 Lbs.   Other Features: _____

**#8 WIT. FEES** [ ]  the authorized witness fee and / or traveling expenses were paid (tendered) to the recipient.

**#9 MILITARYSRVC** [X]  Deponent asked person spoken to whether the defendant was presently in military service of the United States Government or of the State of New York and was informed that defendant was not.

**#10 OTHER** [X]  HOWARD L. BLAU REFUSED TO ALLOW ME ACCESS TO THE BUILDING. I THEN SERVED "JOHN DOE", THE CONCIERGE.

Sworn to before me on this  16  day of  July, 2008

BARBARA A. SHURGIN
NOTARY PUBLIC, State of New York
No. 30-5004737, Qualified in Nassau County
Commission Expires November 23, 2010

HARRY TORRES
Server's Lic # 0915257
Invoice•Work Order # 0829374

CAPITAL PROCESS SERVERS, INC. 265 POST AVENUE SUITE 150, WESTBURY, NY 11590 - TEL 516-333-6380 • FAX 516-333-6382