```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                     Plaintiff,

- against -

HOWARD BLAU,

                     Defendant.

**DEFAULT JUDGMENT**

08 Civ. 05957 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      On January 20, 2009, the Court issued an order directing Defendant Howard Blau to show cause why judgment should not be entered against him pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. Plaintiff has filed proof that Defendant was served with the order on January 23, 2009. Defendant did not oppose Plaintiff's motion for a default judgment and did not appear at the hearing on Plaintiff's motion, which the Court held on February 5, 2009.

      At the hearing, the Court found that the requirements for entering default judgment against Defendant were met and that Plaintiff could establish its entitlement to damages by offering Certificates of Indebtedness, sworn to under penalty of perjury by a Department of Education Loan Analyst, stating the amounts of principal and interest owed by Defendant to Plaintiff. The Court further found that Plaintiff is entitled to post-judgment interest.

      On February 17, 2009, Plaintiff submitted a supplemental letter and Certificates of Indebtedness sufficient to establish its entitlement to damages consisting of $53,154.06 in principal, $35,108.31 in interest through January 29, 2009, an additional $175.12 in interest

accrued through the date of this order ($7.96 per day multiplied by the 22 days that have elapsed between January 29, 2009 and the date of this order) and $400 in costs.

Therefore, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiff have judgment against Defendant in the amount of $53,154.06, plus interest in the amount of $35,283.43, together with costs in the sum of $400, amounting in all to the sum of $88,837.49, with interest thereafter from the date of judgment as provided by law, and that Plaintiff have execution therefore.

Dated: New York, New York
       February 20, 2009

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge